THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

**HELEN FOWLKES**

Debtor(s).

Chapter 13 Proceedings
Case No.: BK-S-10-20628-BAM

Date: 2/17/2011
Time: 3:05 p.m.

## MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HSBC MORTGAGE SERVICES, INC. (SECOND MORTGAGE) PURSUANT TO 11 U.S.C. §506(a) AND §1322

Comes Now the Debtor, **HELEN FOWLKES** (hereinafter the "debtors"), by and through THE LAW OFFICES OF RANDOLPH H. GOLDBERG, and respectfully moves this Court pursuant to 11 U.S.C. §506(a), and §1322, and Bankruptcy Rules 3012 and 9014.

## STATEMENT OF FACTS

1. Debtor filed the instant Chapter 13, Case Number **10-20628** on **JUNE 8, 2010.**

2. As of the date of filing, debtor owned real property located at **905 GREY HOLLOW AVENUE, NORTH LAS VEGAS, NEVADA 89031** (hereinafter the "Subject Property").

3. Debtor has obtained a residential appraisal that places the value of the subject property at **$220,000.00**.

-1-

4.     At the time of filing the instant petition, the Subject Property was subject to the following liens:

**Deutsche Bank National Trust Co. c/o Select Portfolio Servicing, Inc. (First Mortgage): $285,419.12**

**HSBC MORTGAGE SERVICES, INC. (Second Mortgage): $43,448.85**

5.     Therefore, on the date the instant bankruptcy was filed, no equity existed in the Subject Property above the claims of **HSBC MORTGAGE SERVICES, INC.**

6.     **HSBC MORTGAGE SERVICES, INC.'s** claim was wholly unsecured on the petition date and if the Subject Property was sold at auction **HSBC MORTGAGE SERVICES, INC.** would receive nothing.

7.     Accordingly, the debtor requests that Your Honor find that **HSBC MORTGAGE SERVICES, INC.'s** claim is unsecured and should be reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the debtors' chapter 13 plan.

## LEGAL ARGUMENT

In *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursunt to 11 U.S.C. §506(a), despite the anti-modification language in §1322(b)(2). Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, §506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has

-2-

an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim. To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that **HSBC MORTGAGE SERVICES, INC.'s** claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Accordingly, since **HSBC MORTGAGE SERVICES, INC.'s second** mortgage claim is wholly unsecured (in that there is no extant equity above the first mortgage in the Subject Property), the claim should be reclassified by this Court as a general unsecured claim and share in whatever pro rata distribution is being received. **HSBC MORTGAGE SERVICES, INC.** should also be stripped of its secured rights under Nevada State Law since no maintainable security interest in the subject property exists.

Furthermore, the Debtor is not required to file an adversary proceeding to strip the lien of its secured status. Debtor may "strip off" **HSBC MORTGAGE SERVICES, INC.'s** consensual lien by motion. See *In re Williams,* 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller,* 255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins,* 262 B.R. 693 (Bankr.E.D.Mich.2001), *In re King,* 290 B.R. 641 (Bankr.C.D.Ill. 2003), *In re Millspaugh,* 302 B.R. 90 (Bankr.D.Idaho 2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill,* 304 B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher,* 289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert, 313 B.R. 545 (Bankr.N.D.N.Y.2004),* *In re Bennett,* 312 B.R. 843 (Bankr.W.D.Ky.2004).

//

## CONCLUSION

Debtor respectfully requests that the court:

1.      Determine that the first mortgage on the subject property exceeds the value;

2.      Determine that the **HSBC MORTGAGE SERVICES, INC. second** mortgage claim is a wholly unsecured claim and strip the lien from the subject property pursuant to 11 U.S.C. Section 506(a);

3.      Reclassify the secured claim filed by **HSBC MORTGAGE SERVICES, INC.** as a general unsecured claim to be paid pro rata in the general unsecured pool of Debtor's Chapter 13 Plan.

4.      For such other and further relief which the Court deems just and proper.

DATED this __19__ of JANUARY 2011

THE LAW OFFICES OF
RANDOLPH H. GOLDBERG


By: /s/RANDOLPH GOLDBERG/s/
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Attorney for Debtor

Horizon Village Appraisal

20101021001
File No. 905_Grey_Hollow

## APPRAISAL OF



## LOCATED AT:

905 Grey Hollow Avenue
North Las Vegas, NV 89031

## CLIENT:

Helen Fowlkes
905 Grey Hollow Avenue
North Las Vegas, NV 89031

## AS OF:

October 25, 2010

## BY:

Glenn J. Rigdon, MA, MRICS, ASA
Horizon Village Appraisal

Horizon Village Appraisal

20101021001
File No. 905_Grey_Hollow

October 18, 2010

Helen Fowlkes
905 Grey Hollow Avenue
North Las Vegas, NV 89031

File Number:  905_Grey_Hollow

Dear Dominic & Dawn:

In accordance with your request, I have appraised the real property at:

905 Grey Hollow Avenue
North Las Vegas, NV  89031

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   October 25, 2010                        is:

$220,000
Two Hundred Twenty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Glenn J. Rigdon, MA, MRICS, ASA
Horizon Village Appraisal

701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074   702-568-6699

Summary
## Residential Appraisal Report

20101021001
File No. 905_Grey_Hollow

**PURPOSE**

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User Helen Fowlkes

Client Address 905 Grey Hollow Avenue

E-mail hlf@co.clark.nv.us

City North Las Vegas                State NV        Zip 89031

Additional Intended User(s) None

Intended Use For client decision-making related to loan modification, foreclosure and / or bankruptcy.

**SUBJECT**

Property Address 905 Grey Hollow Avenue                City North Las Vegas                State NV        Zip 89031

Owner of Public Record Helen Fowlkes                County Clark

Legal Description Eldorado R1-90 #3, Lot 13, Block 4

Assessor's Parcel # 124-28-812-015                Tax Year 2010-2011                R.E. Taxes $ 2,477.29

Neighborhood Name Eldorado                Map Reference                Census Tract 36.06

Property Rights Appraised  [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)

My research  [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:   Date                Price                Source(s) MLS and County Records

**SALES HISTORY**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  No conveyance activity was noted for the subject property since 2004.  None of the prior sales or prior comparable sales were deemed significant to the current valuation.  HOA Fee near $ 55 per month.

Offerings, options and contracts as of the effective date of the appraisal  None disclosed.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | PRICE | AGE | One-Unit | 85 % |
| Built-Up | [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | $(000) | (yrs) | 2-4 Unit | 0 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths [ ] 3-6 mths [X] Over 6 mths | 100 Low | 5 | Multi-Family | 0 % |
| Neighborhood Boundaries | | | | 300 High | 20 | Commercial | 10 % |
| | | | | 200 Pred. | 10 | Other Vacant | 5 % |

Neighborhood Description  Residential neighborhood with typical off-site improvements.  Homes in the market area were generally newer (post-1990) with minor physical depreciations.

Market Conditions (including support for the above conclusions)  REO and short-sale offerings dominate real property offerings in the market area.

**SITE**

Dimensions 92.36' X 110'                Area 10160 Sq.Ft.                Shape Rectangular                View Residential street scene

Specific Zoning Classification O-L/DA                Zoning Description Open Land / Development Agreement

Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No   If No, describe  Given the present zoning and effective demand, highest and best use is single family.  Subject site has corner orientation which was considered.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | | |

Site Comments  There were no adverse easements observed based on the inspection.  The subject property is not in a 100 year flood zone as displayed in the attached maps and requires flood insurance for most mortgages.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls Poured conc. slab | Floors N/A |
| # of Stories Two (2) | [ ] Full Basement [ ] Partial Basement | Exterior Walls Stucco on block | Walls N/A |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area N/A sq. ft. | Roof Surface Concrete Tile | Trim/Finish N/A |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish N/A % | Gutters & Downspouts None | Bath Floor N/A |
| Design (Style) Contemporary | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type | Bath Wainscot N/A |
| Year Built 1990 | | Storm Sash/Insulated None | Car Storage [ ] None |
| Effective Age (Yrs) 20a / 12e | | Screens Yes | [X] Driveway # of Cars 3 |
| Attic [ ] None | Heating [ ] FWA [ ] HW [ ] Radiant | Amenities WoodStove(s) # | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [X] Other FAU Fuel Gas | [ ] Fireplace(s) # [X] Fence | [X] Garage # of Cars 3 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Cvd. [X] Porch Cvd. | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [ ] Att. [ ] Det. [X] Built-in |
| Appliances [ ] Refrigerator [ ] Range/Oven | [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | |

Finished area above grade contains: 6 Rooms        4 Bedrooms        3 Bath(s)        3,105 Square Feet of Gross Living Area Above Grade

Additional Features Three (3) car garage is about 736 square feet in size per Assessor data on Internet.

Comments on the Improvements  Subject appeared to be in average condition for its age.  No repairs or items of deferred maintenance were noted upon inspection.  Carpeting was noted to be in fair condition on the date of value.



Produced using ACI software, 800.234.8727 www.aciweb.com.                Page 1 of 2

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. , All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  12/2005
GPAR1004_05 08172008

Summary
# Residential Appraisal Report

20101021001
File No. 905_Grey_Hollow

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | +(-) $ Adjustment | COMPARABLE SALE NO. 2 | +(-) $ Adjustment | COMPARABLE SALE NO. 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 905 Grey Hollow Avenue North Las Vegas | 6334 Winterhawk Court North Las Vegas Same Subdivision | | 6144 Benchmark Way North Las Vegas Same Subdivision | | 5712 Willowcreek Road North Las Vegas Same Subdivision | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | $ 255,000 | | $ 250,000 | | $ 205,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. N/A | $ 85.80 sq.ft. | | $ 82.24 sq.ft. | | $ 66.02 sq.ft. | |
| Data Source(s) | | GLVAR MLS / Assessor | | GLVAR MLS / Assessor | | GLVAR MLS / Assessor | |
| Verification Source(s) | | Doc. No. | | Doc. No. | | Doc. No. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | CONV Seller Contrib. | -3,000 | FHA None | | CONV / SS Seller Contrib. | -5,000 |
| Date of Sale/Time | N/A | 7/1/2010 | | 9/20/2010 | | 8/9/2010 | |
| Location | Suburban | Similar | | Similar | | Similar | |
| Leasehold/Fee Simple | Fee Simple | Similar | | Similar | | Similar | |
| Site | 10,160 Sq.Ft. | 9,642 SF / Super | -5,000 | 8,183 SF / Sim. | 3,000 | 10,754 SF / Sim. | |
| View | Res. St. Scene | Similar | | Similar | | Similar | |
| Design (Style) | Contemporary | Similar | | Similar | | Similar | |
| Quality of Construction | Average | Similar | | Similar | | Similar | |
| Actual Age | 20+/- Years | 10 +/- Yrs. / Sup | -20,000 | 10 +/- Yrs. / Sup | -20,000 | Similar | |
| Condition | Average | Similar | | Similar | | Similar | |
| Above Grade Room Count | Total 7 Bdrms 4 Baths 3 | Total 7 Bdrms 4 Baths 2.75 | 500 | Total 7 Bdrms 4 Baths 2.75 | 500 | Total 7 Bdrms 4 Baths 3 | |
| Gross Living Area | 3,105 sq.ft. 50.00 | 2,972 sq.ft. | 6,650 | 3,040 sq.ft. | 3,250 | 3,105 sq.ft. | 0 |
| Basement & Finished Rooms Below Grade | No Basement | Similar | | Similar | | Similar | |
| Functional Utility | Acceptable | Similar | | Similar | | Similar | |
| Heating/Cooling | FAU C/Air | Similar | | Similar | | Similar | |
| Energy Efficient Items | Typical | Similar | | Similar | | Similar | |
| Garage/Carport | 3 Car Garage | 4 Car / Super. | -2,000 | 4 Car / Super. | -2,000 | Similar | |
| Porch/Patio/Deck | Cvd. Patio,Porch | Similar | | Similar | | Similar | |
| Upgrades | Tile Flrs, 2 Fplc. | Similar | | Similar, 1fplc. | | 2 Fplc. / Inf. | 5,000 |
| Upgrades | Pool / No Spa | Pool-Spa / Heat | -5,000 | Pool-Spa / Sup. | -2,000 | Pool-Spa/Super | -5,000 |
| Days on Market | N / A | 7 | | 44 | | 19 | |
| Net Adjustment (Total) | | ☐ + ☒ - $ 27,850 | | ☐ + ☒ - $ 17,250 | | ☐ + ☒ - $ 5,000 | |
| Adjusted Sale Price of Comparables | | Net Adj. -10.9% Gross Adj. 16.5% $ 227,150 | | Net Adj. -6.90% Gross Adj. 12.30% $ 232,750 | | Net Adj. -2.44% Gross Adj. 7.32% $ 200,000 | |

Summary of Sales Comparison Approach   Many market sales discovered were short sales, REO or foreclosure affected and the appraiser considered that fact in the analysis of the subject property.  Contingent sales (if any) were verified and it appeared to the appraiser that strong downward movement in prices is notable in the neighborhood.  Sale # 3 and Sale #4 were recent and it was favored in the reconciliation.  A final point value opinion was reconciled for the subject property at $ 210,000.  The contingent sales (Sale #4 and Sale #5) were given less weight.

**COST APPROACH TO VALUE**

Site Value Comments   Cost Approach was not used to value the subject property.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ | |
|---|---|---|---|---|
| Source of cost data | Dwelling | 3,105 Sq. Ft. @ $ | = $ | 0 |
| Quality rating from cost service          Effective date of cost data | | Sq. Ft. @ $ | = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | |
| | Garage/Carport | Sq. Ft. @ $ | = $ | 0 |
| | Total Estimate of Cost-New | | = $ | 0 |
| | Less     Physical   Functional   External | | | |
| | Depreciation | | = $( | 0) |
| | Depreciated Cost of Improvements | | = $ | 0 |
| | "As-is" Value of Site Improvements | | = $ | |
| | INDICATED VALUE BY COST APPROACH   (rounded) | | = $ | 0 |

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $   N/A  X Gross Rent Multiplier   N/A  = $   N/A  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   N / A

Indicated Value by: Sales Comparison Approach $220,000   Cost Approach (if developed) $ 0   Income Approach (if developed) $  N / A

The sales approach was deemed the most reliable and only appropriate approach for valuation purposes.  Appraiser took into consideration the fact that REO and Short Sales were made with atypically short marketing times with Sellers offering discounts for short marketing times, most are made due to financial hardship or under duress.

This appraisal is made ☒ "as-is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, ☐ subject to the following.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 220,000   as of October 25, 2010   , which is the effective date of this appraisal.

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc.  All Rights Reserved.
IGPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05 08112008
Appraisers Choice



Summary
## Residential Appraisal Report

20101021001
File No. 905_Grey_Hollow

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | | COMPARABLE SALE NO. 5 | | | COMPARABLE SALE NO. 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | 905 Grey Hollow Avenue | 5636 Willowcreek Road | | | 5812 Willowcreek Road | | | | | |
| Address | North Las Vegas | North Las Vegas | | | North Las Vegas | | | | | |
| Proximity to Subject | | Same Subdivision | | | Same Subdivision | | | | | |
| Sale Price | $ N/A | | | 195,000 | | | 195,000 | | | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 62.80 sq. ft. | | | $ 62.80 sq. ft. | | | $ sq. ft. | $ | |
| Data Source(s) | | GLVAR MLS / Assessor | | | GLVAR MLS / Assessor | | | | | |
| Verification Source(s) | | Doc. No. | | | Pending Sale | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | | DESCRIPTION | +(-) $ Adjustment | | DESCRIPTION | +(-) $ Adjustment | |
| Sale or Financing | | CONV / SS | | | CONV / SS | | | | | |
| Concessions | | None | | | Pending Sale | | | | | |
| Date of Sale/Time | N/A | 9/9/2010 | | | Pending | | | | | |
| Location | Suburban | Similar | | | Similar | | | | | |
| Leasehold/Fee Simple | Fee Simple | Similar | | | Similar | | | | | |
| Site | 10,160 Sq.Ft. | 10,809 SF / Sim. | | | 11,220 SF / Sup. | -1,000 | | | | |
| View | Res. St. Scene | Similar | | | Similar | | | | | |
| Design (Style) | Contemporary | Similar | | | Similar | | | | | |
| Quality of Construction | Average | Similar | | | Similar | | | | | |
| Actual Age | 20+/- Years | Similar | | | Similar | | | | | |
| Condition | Average | Inferior | 10,000 | | Similar | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | | Total Bdrms. Baths | | | Total Bdrms. Baths | | |
| Room Count | 7  4  3 | 7  4  3 | | | 7  4  3 | | | | | |
| Gross Living Area 50.00 | 3,105 sq. ft. | 3,105 sq. ft. | 0 | | 3,105 sq. ft. | 0 | | sq. ft. | | |
| Basement & Finished | | | | | | | | | | |
| Rooms Below Grade | No Basement | Similar | | | Similar | | | | | |
| Functional Utility | Acceptable | Similar | | | Similar | | | | | |
| Heating/Cooling | FAU C/Air | Similar | | | Similar | | | | | |
| Energy Efficient Items | Typical | Similar | | | Similar | | | | | |
| Garage/Carport | 3 Car Garage | Similar | | | Similar | | | | | |
| Porch/Patio/Deck | Cvd. Patio,Porch | Similar | | | Similar | | | | | |
| Upgrades | Tile Flrs, 2 Fplc. | Fplc./Sim. | | | Similar | | | | | |
| Upgrades | Pool / No Spa | Similar | | | Similar | | | | | |
| Days on Market | N / A | N / A | | | 178 | | | | | |
| Net Adjustment (Total) | | [X] +  [ ] - $ | 10,000 | | [ ] + [X] - $ | 1,000 | | [X] + [ ] - $ | 0 | |
| Adjusted Sale Price | | Net Adj. 5.13% | | | Net Adj. -0.5% | | | Net Adj. 0.0% | | |
| of Comparables | | Gross Adj. 5.13% $ | 205,000 | | Gross Adj. 0.5% $ | 194,000 | | Gross Adj. 0.0% $ | 0 | |
| Summary of Sales Comparison Approach | | | | | | | | | | |

SALES COMPARISON APPROACH

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. - All Rights Reserved
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05 0811/2008

gpar

**ADDENDUM**

Client  Helen Fowlkes
Property Address  905 Grey Hollow Avenue                                           File No.:  905  Grey Hollow
City:  North Las Vegas                                                            Case No.:  20101021001
                                                    State  NV                     Zip:  89031

**Intended Use**
The intended use of this appraisal is to assist the client in making loan modification / foreclosure decision regarding the subject property. No other use is intended. The scope of this assignment is specific to the identified intended use.

**Neighborhood Description**
The subject neighborhood is mostly comprised of 1 and 2 sty , stucco on wood frame dwellings predominately between 2,000 and 4,000 SF that are, for the most part, well maintained with effective ages somewhat less than actual ages. The average actual home age within the neighborhood is about 15 years. Most homes are of average quality materials and display a high level of conformity and compatibility. The majority of neighborhood homes are owner occupied. Most neighborhood residents work in Las Vegas.

The primary driver of this neighborhood's popularity is convenience to shopping and schools. Numerous strip malls major supermarket chains, national pharmacy chains are all within a few miles. Elementary and middle schools are close and the high school is less than 5 miles away. The Eldorado community and community amenites were noted to be positive factors affecting value.

Overall, this is a fairly newer, established  and stable community. The convenient location  with easy access to employment linkages, proximity to community services and perceived good quality of the local school system should continue to steady growth and continued good market appeal for the foreseeable future .

The neighborhood is considered to be part of the Las Vegas community. A medium density was noted in the general area and a 80% build-out was noted.

**Neighborhood Market Conditions**
Mortgage financing is available at rates purchasers consider attractive. Seller financing is virtually nonexistent, although seller concessions  of a few thousand dollars are not uncommon. MLS records indicate an average market time of about 100 days, which is considered a reasonable exposure time for the subject. Given the market data analyzed by the appraiser, there are no fiscal or economic trends expected to occur that would significantly impact the relatively poor market conditions that are being experienced within metropolitan Las Vegas and Henderson.

It is not know whether there with be a "second dip" in the market that will further reduce values. Values between late 2009 and middle 2010 displayed some of the largest downward movements. The percentage of bank foreclosed properties and offerings due to short sales has remained high.

**Site Comments**
This is basically a flat site that is very typical of the neighborhood in terms of size, topography , view and general appeal.  It provides a suitable setting for the improvements and is consistent with market expectations in this price range. Landscaping consists of some foundation plantings, shrubbery and a few trees. While no readily apparent adverse site conditions or external factors were noted, many site-related issues are beyond the scope of this assignment.

Statements regarding zoning compliance are intended only in the most general sense. Zoning and building ordinances vary significantly from one municipality to another and can be extremely detailed. The scope of this assignment does not include a comparison of every potentially significant characteristic of the subject property's site and improvements relative to zoning and building ordinances.  Unless otherwise noted, standard utility and right-of-way easements are insignificant to value. However, a current locational or boundary survey, which was unavailable to the appraiser, may reveal encroachments, easements, zoning violations or other matters of interest that could warrant modification of the appraised value.

**Inspection Comment**
The appraiser noted that the subject is in average condition and no repairs or items of defferred maintenence were noted upon inspection.

20101021001
File No. 905_Grey_Hollow

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and for the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**



2010T021001

File No. 905_Grey_Hollow

## Appraiser's Certification

**The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

---

**Definition of Value:** [X] Market Value   [ ] Other Value:

Source of Definition: "The Appraisal of Real Estate" Twelfth Edition, Appraisal Institute, Chicago, IL

The most probable price which a specified interest in real property is likely to bring under all of the following conditions:

1. Consummation of a sale occurs as of a specified date.
2. An open and competitive market exists for the property interest appraised.
3. The buyer and seller are each acting prudently and knowledgeably.
4. The price is not affected by undue stimulus.
5. The buyer and seller are typically motivated.
6. Both parties are acting in what they consider their best interest.
7. Marketing efforts were adequate and a reasonable time was allowed for exposure to the open market.
8. Payment was made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

---

ADDRESS OF THE PROPERTY APPRAISED:

905 Grey Hollow Avenue

North Las Vegas, NV 89031

EFFECTIVE DATE OF THE APPRAISAL: October 25, 2010

APPRAISED VALUE OF THE SUBJECT PROPERTY $ 220,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Glenn J. Rigdon, MA, MRICS, ASA | Name: |
| State Certification # A.002773-CG | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: | or Other (describe): _____ State #: |
| State: NV | State: |
| Expiration Date of Certification or License: 10/31/2011 | Expiration Date of Certification or License: |
| Date of Signature and Report: 10/25/2010 | Date of Signature: |
| Date of Property Viewing: October 25, 2010 | Date of Property Viewing: |
| Degree of property viewing: | Degree of property viewing: |
| [X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view | [ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |



Produced using ACI software, 800.234.8727 www.aciweb.com        This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc.   All Rights Reserved.
Page 2 of 2                                    (gPAR™) General Purpose Appraisal Report  12/2005
GPARLIM_05 08112008

**SUBJECT PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Client:  Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.:  905  Grey  Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: October 25, 2010
Appraised Value: $ 220,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.: 905 Grey Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |



**COMPARABLE SALE #1**

6334 Winterhawk Court
North Las Vegas
Sale Date: 7/1/2010
Sale Price: $ 255,000



**COMPARABLE SALE #2**

6144 Benchmark Way
North Las Vegas
Sale Date: 9/20/2010
Sale Price: $ 250,000



**COMPARABLE SALE #3**

5712 Willowcreek Road
North Las Vegas
Sale Date: 8/9/2010
Sale Price: $ 205,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: | Helen Fowlkes | | File No.: | 905_Grey_Hollow |
|---|---|---|---|---|
| Property Address: | 905 Grey Hollow Avenue | | Case No.: | 20101021001 |
| City: North Las Vegas | | State: NV | | Zip: 89031 |



**COMPARABLE SALE #4**

5636 Willowcreek Road
North Las Vegas
Sale Date: 9/9/2010
Sale Price: $ 195,000



**COMPARABLE SALE #5**

5812 Willowcreek Road
North Las Vegas
Sale Date: Pending
Sale Price: $ 195,000



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

| | |
|---|---|
| Client:   Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.:   905  Grey  Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |



KITCHEN



DINING AREA



FAMILY ROOM

| Client: | Helen Fowlkes | | |
|---|---|---|---|
| Property Address: | 905 Grey Hollow Avenue | File No.: | 905  Grey  Hollow |
| City: North Las Vegas | | Case No.: 20101021001 | |
| | | State: NV | Zip: 89031 |



LIVING ROOM



POOL AREA



**PLAT MAP**

| Client: Helen Fowlkes | | File No.: 905_Grey_Hollow |
|---|---|---|
| Property Address: 905 Grey Hollow Avenue | | Case No.: 20101021001 |
| City: North Las Vegas | State: NV | Zip: 89031 |



**LOCATION MAP**

| Client:  Helen Fowlkes | File No.:  905_Grey_Hollow |
|---|---|
| Property Address: 905 Grey Hollow Avenue | Case No.: 20101021001 |
| City: North Las Vegas | State: NV | Zip: 89031 |



Subdivision Map

| Client:   Helen Fowlkes | File No.:   905_Grey_Hollow |
|---|---|
| Property Address: 905 Grey Hollow Avenue | Case No.: 20101021001 |
| City: North Las Vegas | State: NV          Zip: 89031 |



701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074   702-568-6699

Flood Map

| | |
|---|---|
| Client: Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.: 905_Grey_Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |

Clark County Regional Flood Control District - Flood Zone Application

Page 1 of 1



# Regional Flood Control District
### Clark County, NV

| Home | I Want To.. | Table of Contents | About the District | Contact Us | Search |

(quick lookup)



FloodZone

Rainfall and Weather
*Rainfall Maps*

History of Flooding

Projects
*Drainage Study*

Agendas
*Storm water Quality*

Document Library

GIS

FloodView Advanced

Meeting Dates

Public Information

Kid's Page

Links

Visit the
LV Stormwater Web Site



View Printer-Friendly Map

The District makes no warranties concerning the accuracy of this data  View Disclaimer

This parcel IS NOT in a 100-year flood zone.

| | |
|---|---|
| Parcel | 12428812015 |
| Owner | FOWLKES HELEN |
| Address | 905 GREY HOLLOW |
| Entity | North Las Vegas |
| Contact | 702-633-1912 |
| Flood Zone | This parcel IS NOT in a 100-year flood zone. |
| FIRM Panel | View FIRM Panel (1769) |
| LOMR | This parcel is not affected by a LOMR. |

Enter a different address or parcel number

Home | Table of Contents

Copyright © 2003-2006 Clark County Regional Flood Control District. All Rights Reserved.

http://acequia.ccrfcd.org/ParcelInFloodZone/default.aspx

10/18/2010

701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074  702-568-6699

Soils Map

| | |
|---|---|
| Client: Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.: 905_Grey_Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |

Assessor Record

| Client: Helen Fowlkes | | File No.: 905_Grey_Hollow |
|---|---|---|
| Property Address: 905 Grey Hollow Avenue | | Case No.: 20101021001 |
| City: North Las Vegas | State: NV | Zip: 89031 |

Clark County Real Property                                        Page 1 of 3



# M.W. Schofield, Assessor

## REAL PROPERTY PARCEL RECORD

⎙ Click Here for a Print Friendly Version

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

### GENERAL INFORMATION

| PARCEL NO. | 124-28-812-015 |
|---|---|
| OWNER AND MAILING ADDRESS | FOWLKES HELEN<br>FOWLKES-MCELWEE HELEN<br>905 GREY HOLLOW AVE<br>NO LAS VEGAS NV 89031-1428 |
| LOCATION ADDRESS | 905 GREY HOLLOW AVE |
| CITY/UNINCORPORATED TOWN | NORTH LAS VEGAS |
| ASSESSOR DESCRIPTION | ELDORADO-R1-90 #3<br>PLAT BOOK 45 PAGE 18<br>LOT 13 BLOCK 4<br><br>SEC 28 TWP 19 RNG 61 |
| RECORDED DOCUMENT NO. | * 20041001:02046 |
| RECORDED DATE | 10/01/2004 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

### ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE

| TAX DISTRICT | 250 |
|---|---|
| APPRAISAL YEAR | 2010 |
| FISCAL YEAR | 10-11 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT ACCOUNT NUMBER | N/A |

### REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2009-10 | 2010-11 |
|---|---|---|
| LAND | 14000 | 12250 |
| IMPROVEMENTS | 75027 | 61569 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |

http://sandgate.co.clark.nv.us/assrrealprop/ParcelDetail.aspx?hdnParcel=12428812015&h...  10/18/2010

701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074  702-568-6699

Assessor Record

| | |
|---|---|
| Client: Helen Fowlkes | |
| Property Address: 905 Grey Hollow Avenue | File No.: 905 Grey Hollow |
| City: North Las Vegas | Case No.: 20101021001 |
| State: NV | Zip: 89031 |

## Clark County Real Property

Page 2 of 3

| | | |
|---|---|---|
| GROSS ASSESSED (SUBTOTAL) | 89027 | |
| TAXABLE LAND+IMP (SUBTOTAL) | 254363 | 73819 |
| COMMON ELEMENT ALLOCATION ASSD | 0 | 210911 |
| TOTAL ASSESSED VALUE | 89027 | 0 |
| TOTAL TAXABLE VALUE | 254363 | 73819 |
| | | 210911 |

Click here for Treasurer Information regarding real property taxes.

### ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.23 Acres |
| ORIGINAL CONST. YEAR | 1990 |
| LAST SALE PRICE | 224000 |
| MONTH/YEAR | 07/00 |
| LAND USE | 1-10 RESIDENTIAL SINGLE FAMILY |
| DWELLING UNITS | 1 |

### PRIMARY RESIDENTIAL STRUCTURE

| | | | | |
|---|---|---|---|---|
| TOTAL LIVING SQ. FT. | 3105 | CARPORT SQ. FT. | 0 | |
| 1ST FLOOR SQ. FT. | 1654 | STORIES | TWO STORY | ADDN/CONV | NONE |
| 2ND FLOOR SQ. FT. | 1451 | BEDROOMS | 4 | POOL | YES |
| BASEMENT SQ. FT. | 0 | BATHROOMS | 3 FULL | SPA | YES |
| GARAGE SQ. FT. | 736 | FIREPLACE | 2 | TYPE OF CONSTRUCTION | FRAME STUCCO |
| | | | | ROOF TYPE | CONCRETE TILE |

### ASSESSOR MAP VIEWING GUIDELINES

| | |
|---|---|
| MAP | 124203 |

In order to view the Assessor map you must have Adobe Reader installed on your computer system.

If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps.



NOTE: THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON

CLARK COUNTY ASSESSOR

Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

http://sandgate.co.clark.nv.us/assrrealprop/ParcelDetail.aspx?hdnParcel=12428812015&h...  10/18/2010

Assessor Title History

| Client: Helen Fowlkes | | |
|---|---|---|
| Property Address: 905 Grey Hollow Avenue | File No.: 905 Grey Hollow | |
| City: North Las Vegas | Case No.: 20101021001 | |
| State: NV | | Zip: 89031 |

Clark County Assessor's Ownership History

Page 1 of 2



# M.W. Schofield, Assessor

## PARCEL OWNERSHIP HISTORY

[ Assessor Map ] [ Aerial View ] [ Comment Codes ] [ Current Ownership ] [ New Search ]

**ASSESSOR DESCRIPTION**
ELDORADO-P1-99 #3 PLAT BOOK 95 PAGE 19 LOT 19 BLOCK 4
SEC 28 TWP 19 RNG 61

| CURRENT PARCEL NO. | CURRENT OWNER | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 124-28-812-015 | FOWLKES HELEN<br>FOWLKES-MCELWEE HELEN | 20031001-02044 | 10/01/2004 | NO STATUS | 250 | .23 AC |

| PARCEL NO. | PRIOR OWNER(S) | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 124-28-812-015 | MCELWEE OTTO C SR | 20020710-01966 | 07/10/2002 | JOINT TENANCY | 250 | SUBDIVIDED LOT |
| 124-28-812-015 | MCELWEE OTTO CHARLES SR | 20000705-01589 | 07/05/2000 | NO STATUS | 250 | SUBDIVIDED LOT |
| 124-28-812-015 | FOWLKES ANTHONY K & HELEN L | 19910715-00141 | 07/15/1991 | JOINT TENANCY | 250 | SUBDIVIDED LOT |
| 098-190-026 | PARDEE CONSTRUCTION COMPANY NV | 19900214-00699 | 02/14/1990 | NO STATUS | 250 | SUBDIVIDED LOT |
| 098-190-015 | PARDEE CONSTRUCTION COMPANY NV | 19881215-00114 | 12/15/1988 | NO STATUS | 250 | 17.93 AC |
| 098-190-011 | PARDEE CONSTRUCTION COMPANY NV | 19881215-00114 | 12/15/1988 | NO STATUS | 250 | 235.70 AC |
| 098-190-011 | PARDEE CONSTRUCTION COMPANY NV | 19881215-00114 | 12/15/1988 | NO STATUS | 250 | 242.95 AC |
| 098-190-011 | PARDEE CONSTRUCTION COMPANY NV | 19881215-00114 | 12/15/1988 | NO STATUS | 250 | 244.54 AC |
| 098-190-007 | PARDEE CONSTRUCTION COMPANY NV | 19881215-00114 | 12/15/1988 | NO STATUS | 250 | 356.33 AC |

Note: Only documents from September 15, 1999 through present are available for viewing.

**NOTE:** THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED
AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.



Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)

http://sandgate.co.clark.nv.us/assrrealprop/ParcelHistory.aspx?instance=pcl2&parcel=124...   10/18/2010

Zoning Map

| Client: Helen Fowlkes | | |
| --- | --- | --- |
| Property Address: 905 Grey Hollow Avenue | | File No.: 905 Grey Hollow |
| City: North Las Vegas | | Case No.: 20101021001 |
| | State: NV | Zip: 89031 |

| Client: Helen Fowlkes | | |
|---|---|---|
| Property Address: 905 Grey Hollow Avenue | | File No.:  905_Grey_Hollow |
| City: North Las Vegas | | Case No.: 20101021001 |
| | State: NV | Zip: 89031 |

| | | | | Data | | | Growth | | |
|---|---|---|---|---|---|---|---|---|---|
| **Nevada** | Date | Units | Latest | Previous | Year Ago | Recent | Year Ago | Comments |
| Employment | 2010M8 | 000 employees | 1,107.6 | 1,108.3 | 1,127.4 | -0.1% | -1.8% | Continued Declines |
| Unemployment Rate | 2010M8 | %, NSA | 14.2 | 14.4 | 12.5 | -0.2% | 1.7% | Slight Recent improvement |
| Taxable Sales | 2010M7 | $billion | 3.239 | 3.331 | 3.075 | -2.7% | 5.3% | Up Year Ago |
| Gaming Revenue | 2010M8 | $million | 944.47 | 829.67 | 846.96 | 13.8% | 11.5% | Up Strong |
| Passengers | 2010M8 | passengers | 3.909 | 3.947 | 3.909 | -1.0% | 0.0% | Essentially Flat |
| Gasoline Sales | 2010M7 | million gallons | 98.51 | 94.02 | 99.12 | 4.8% | -0.6% | Flat Year Ago |
| Visitor Volume | 2010M8 | million visitors | 4.093 | 4.268 | 4.012 | -4.1% | 2.0% | Up Year Ago |
| **Clark County** | | | | | | | | |
| Employment | 2010M8 | 000 employees | 790.3 | 791.8 | 806.1 | -0.2% | -2.0% | Continued Declines |
| Unemployment Rate | 2010M8 | %, NSA | 14.7 | 14.8 | 13.0 | -0.1% | 1.7% | Slight Recent improvement |
| Taxable Sales | 2010M7 | $billion | 2.348 | 2.427 | 2.226 | -3.2% | 5.5% | Up Year Ago |
| Gaming Revenue | 2010M8 | $million | 806.11 | 693.39 | 708.05 | 16.3% | 13.8% | Up Strong |
| Residential Permits | 2010M8 | units permitted | 394 | 395 | 774 | -0.3% | -49.1% | Low Levels |
| Commercial Permits | 2010M8 | permits | 23 | 13 | 24 | 76.9% | -4.2% | Low Levels |
| Passengers | 2010M8 | million persons | 3.553 | 3.575 | 3.561 | -0.6% | -0.2% | Essentially Flat |
| Gasoline Sales | 2010M7 | million gallons | 66.17 | 63.07 | 66.98 | 4.9% | -1.2% | Down Year Ago |
| Visitor Volume | 2010M8 | million visitors | 3.491 | 3.644 | 3.386 | -4.2% | 3.1% | Up Year Ago |
| **Washoe County** | | | | | | | | |
| Employment* | 2010M8 | 000 employees | 187.2 | 186.5 | 193.9 | 0.4% | -3.5% | Flat Recent |
| Unemployment Rate* | 2010M8 | %, NSA | 13.3 | 13.6 | 11.7 | -0.3% | 1.6% | Slight Recent Improvement |
| Taxable Sales | 2010M7 | $billion | 0.456 | 0.473 | 0.443 | -3.7% | 2.9% | Up Year Ago |
| Gaming Revenue | 2010M8 | $million | 71.57 | 69.73 | 73.87 | 2.6% | -3.1% | Down Year Ago |
| Residential Permits | 2010M8 | units permitted | 54 | 39 | 31 | 38.5% | 74.2% | Low Levels |
| Commercial Permits | 2010M8 | permits | 6 | 8 | 10 | -25.0% | -40.0% | Low Levels |
| Passengers | 2010M8 | million persons | 0.353 | 0.368 | 0.345 | -4.1% | 2.3% | Mixed |
| Gasoline Sales | 2010M7 | million gallons | 15.14 | 14.90 | 16.02 | 1.6% | -5.5% | Down Year Ago |
| Visitor Volume | 2010M8 | million visitors | 0.407 | 0.421 | 0.419 | -3.2% | -2.9% | Down |
| **U.S.** | | | | | | | | |
| Employment | 2010M9 | million, SA | 130.201 | 130.296 | 129.857 | -0.1% | 0.3% | Flat |
| Unemployment Rate | 2010M9 | %, SA | 9.6 | 9.6 | 9.8 | 0.0% | -0.2% | Very High |
| Consumer Price Index | 2010M8 | 82-84=100, NSA | 218.3 | 218.0 | 216.0 | 0.1% | 1.1% | Minimal Inflation |
| Core CPI | 2010M8 | 82-84=100, NSA | 221.6 | 221.3 | 220.1 | 0.1% | 0.6% | No Change |
| Employment Cost Index | 2010Q2 | 89.06=100, SA | 111.9 | 111.4 | 110.1 | 0.4% | 1.6% | Little Change |
| Productivity Index | 2010Q2 | 2005=100, SA | 110.4 | 111.0 | 106.5 | -0.5% | 3.7% | Still Strong |
| Retail Sales Growth | 2010M8 | $billion, SA | 363.704 | 362.189 | 350.935 | 0.4% | 3.6% | Modest Growth |
| Auto and Truck Sales | 2010M9 | million, SA | 11.71 | 11.44 | 9.35 | 2.4% | 25.3% | Up |
| Housing Starts | 2010M8 | million, SA | 0.598 | 0.541 | 0.585 | 10.5% | 2.2% | Weak |
| Real GDP Growth | 2010Q2 | 2000$billion, SAAR | 13,194.9 | 13,138.8 | 12,810.0 | 1.7% | 12.0% | Up |
| U.S. Dollar | 2010M9 | 97.01=100 | 101.587 | 102.598 | 102.465 | -1.0% | -0.9% | Down |
| Trade Balance | 2010M7 | $billion, SA | -42.775 | -49.762 | -33.086 | -14.0% | 29.3% | Recent Improvement |
| S and P 500 | 2010M9 | monthly close | 1,148.67 | 1,049.33 | 1,057.08 | 9.5% | 8.7% | Up |
| Real Short-term Rates | 2010M8 | %, NSA | 0.02 | 0.14 | -0.05 | -0.1% | 0.2% | Very Low Rates |
| Treasury Yield Spread | 2010M8 | %, NSA | 2.54 | 2.85 | 3.42 | -10.9% | -25.7% | Expansionary |

*Reflects the Reno-Sparks MSA which includes Washoe and Storey Counties

Sources: Nevada Department of Taxation; Nevada Department of Employment, Training, and Rehabilitation; UNR Bureau of Business and Economic Research; UNLV Center for Business and Economic Research; McCarran International Airport; Reno/Tahoe International Airport; Las Vegas Convention and Visitors Authority; Reno-Sparks Convention and Visitors Authority; U.S. Department of Commerce; U.S. Bureau of Labor Statistics; U.S. Census Bureau; U.S. Federal Reserve Bank.
Note: NSA = Not Seasonally Adjusted, SA = Seasonally Adjusted, SAAR=Seasonally Adjusted Annual Rates

Client: Helen Fowlkes
Property Address: 905 Grey Hollow Avenue
City: North Las Vegas
State: NV

File No.: 905 Grey Hollow
Case No.: 20101021001
Zip: 89031

# Clark County Economic Indicators

| Indicator | Date | Latest Period | Previous Period | Year Ago | Change Month Ago | Change Year Ago |
|---|---|---|---|---|---|---|
| New Residents (Drivers License Count) | August 2010 | 5,386 | 4,683 | 5,140 | 15.0% | 4.8% |
| Active Residential Electric Meter Count | August 2010 | 732,511 | 731,753 | 726,773 | 0.1% | 0.8% |
| Total Employment | August 2010 | 790,300 | 791,800 | 806,100 | -0.2% | -2.0% |
| Unemployment Rate | August 2010 | 14.7% | 14.8% | 13.0% | -0.1% | 1.7% |
| New Home Sales* | August 2010 | 333 | 323 | 396 | 3.1% | -15.9% |
| New Home Permits | August 2010 | 338 | 371 | 413 | -8.9% | -18.2% |
| Existing Home Sales | August 2010 | 3,313 | 3,592 | 3,833 | -7.8% | -13.6% |
| Median Price of a New Home* | August 2010 | $201,354 | $195,000 | $206,123 | -3.3% | -2.3% |
| Median Price of an Existing Home | August 2010 | $122,000 | $123,400 | $122,000 | -1.1% | 0.0% |
| Single Family Building Units Permitted | August 2010 | 386 | 389 | 425 | -0.8% | -9.2% |
| Multi Family Building Units Permitted | August 2010 | 8 | 6 | 349 | 33.3% | -97.7% |
| Residential Building Permit Valuation | August 2010 | $43,033,276 | $43,354,296 | $62,332,248 | -0.7% | -31.0% |
| Commercial Building Permits | August 2010 | 23 | 13 | 24 | 76.9% | -4.2% |
| Commercial Building Permit Valuation | August 2010 | $2,694,282 | $1,284,413 | $13,194,014 | 109.8% | -79.6% |
| Apartment Rental Rate | 2nd Qtr 2010 | $766.72 | $777.38 | $834.47 | -1.4% | -8.1% |
| Apartment Vacancy Rate | 2nd Qtr 2010 | 10.42% | 10.73% | 10.37% | -0.3% | 0.0% |
| Taxable Sales | July 2010 | $2,348,467,664 | $2,426,856,589 | $2,226,329,429 | -3.2% | 5.5% |
| Clark County Taxable Gasoline Sales (Gallons) | July 2010 | | | | | |
| McCarran Total Airline Passengers | July 2010 | 66,167,893 | 63,072,217 | 66,982,145 | 4.9% | -1.2% |
| Gaming Revenue | July 2010 | 3,518,217 | 3,400,550 | 3,557,509 | 3.5% | -1.1% |
| Visitor Volume (all of Clark County) | July 2010 | $693,390,964 | $640,096,466 | $729,912,253 | 8.3% | -5.0% |
| Room Inventory (Las Vegas Metro) | July 2010 | 3,643,670 | 3,395,759 | 3,520,400 | 7.3% | 3.5% |
| Convention Attendance (Las Vegas Metro) | July 2010 | 148,524 | 148,524 | 141,520 | 0.0% | 4.9% |
| Hotel/Motel Occupancy (Las Vegas Metro) | July 2010 | 320,724 | 351,731 | 249,692 | -8.8% | 28.4% |
| | July 2010 | 84.0% | 82.1% | 84.2% | 1.9% | -0.2% |

*Excludes High Rise Condominiums and Condominium Conversions

Sources: Center for Business and Economic Research; Home Builders Research; Nevada Department of Motor Vehicles; Nevada Department of Employment, Training, and Rehabilitation; Local Building Permitting Agencies; Nevada Department of Taxation; McCarran International Airport; Nevada State Gaming Control Board; Las Vegas Visitors and Convention Authority; Reno/Sparks Convention & Visitors Authority.



| Client:  Helen Fowlkes | File No.:  905_Grey_Hollow |
|---|---|
| Property Address: 905 Grey Hollow Avenue | Case No.: 20101021001 |
| City: North Las Vegas | State: NV | Zip: 89031 |

30-Sep-10



**Southern Nevada Index of Leading Economic Indicators**

| CLARK COUNTY SERIES | DATE | UNITS | LATEST PERIOD | CHANGE PREVIOUS PERIOD | CHANGE YEAR AGO | CONTRIBUTION TO INDEX* |
|---|---|---|---|---|---|---|
| Residential Building Units Permitted | Jul-10 | # Units Permitted | 395 | -35.14% | -20.04% | -0.043% |
| Residential Building Permit Valuation | Jul-10 | Dollars | $43,354,296 | -31.56% | -21.07% | -0.028% |
| Commercial Building Permits | Jul-10 | # Units Permitted | 13 | -45.83% | -45.83% | -0.013% |
| Commercial Building Permit Valuation | Jul-10 | Dollars | $1,284,413 | -97.35% | -94.21% | -0.002% |
| Taxable Sales | Jul-10 | Dollars | $2,348,467,664 | 3.23% | 5.49% | 0.198% |
| McCarran Airport | Jul-10 | Passengers Enplaned/ Deplaned | 3,518,217 | 3.46% | -1.10% | 0.011% |
| Gallons of Gasoline | Jul-10 | Thousand Gallons | 66,167,893 | 4.91% | -1.22% | -0.047% |
| Gross Gaming Revenue | Jul-10 | Dollars | $693,390,964 | 8.33% | -5.00% | 0.067% |
| Visitor Volume | Jul-10 | People | 3,330,658 | 7.20% | 4.70% | 0.137% |
| Conventions Held Attendance | Jul-10 | People | 320,724 | -8.82% | 28.45% | 0.012% |
| Overall Change in Leading Indicator** | Sep-10 | | 125.78 | 0.29% | -0.28% | 0.29% |

*The contribution to the Index is a net-weighted average of each series after adjustment for seasonal variation.

**The Index is a six-month forecast (01/01/2011) from the month of the data (07/01/2010) and four months from the month of the series (09/01/2010).

Sources: Local Building Permitting Agencies; Nevada Department of Taxation; McCarran International Airport; Nevada State Gaming Control Board; Las Vegas Convention and Visitors Authority.

The Southern Nevada Index of Leading Economic Indicators for September rose by .29 percent.  Of the ten-component series that make up the index an equal number of components were positive and negative.   After seasonal adjustment and weighting, however, the growing series (particularly taxable sales and visitor volume) pulled the index into positive territory.  This change follows a yearlong up-and-down pattern that signals no clear trend, which, in turn, suggests we can expect little change in the number of southern Nevada jobs four to six months from now.

Bob Potts

The Center for Business and Economic Research, UNLV - Box 456002 - 4505 S. Maryland Parkway - Las Vegas, Nevada  89154-6002
Phone (702) 895-3191  -  Fax (702) 895-3606  -  cber@unlv.nevada.edu  -  http://cber.unlv.edu

701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074  702-568-6699

| Client:  Helen Fowlkes | | File No.:  905  Grey  Hollow |
| Property Address: 905 Grey Hollow Avenue | | Case No.: 20101021001 |
| City: North Las Vegas | State: NV | Zip: 89031 |

**Nevada Business Conditions**                                                    October 11, 2010

The U.S. economy continues to show mixed signs of recovery from its deep recession. For second quarter, the final estimate for real GDP growth was 1.7 percent at an annual rate, down from the 3.7 percent figure for first quarter 2010. U.S. nonfarm employment fell by 95,000 jobs in August, marking the fourth straight month of decline. In a more positive direction, the Kansas City Financial Stress Index edged down in September, remaining below its long-run average for the second straight month. In addition, industrial production, real disposable personal income, real personal consumption, consumer confidence and retail sales all increased in August.

With U.S. disposable income and consumption rising, the Nevada economy may be showing initial signs of recovery. Gaming revenue was up a robust 13.8 percent in August and 11.5 percent above a year earlier. August visitor volume and taxable sales were also higher than a year earlier. The state unemployment rate also edged downward to 14.2 percent in August as labor force participation fell.

The economic picture for Clark County is quite similar to that for the state as a whole. Gaming revenue was up 16.3 percent in August, and 13.8 percent above a year earlier. August visitor volume and taxable sales were also up strongly over a year earlier. The Las Vegas unemployment rate fell slightly to 14.7 percent in August. Residential-construction permits edged downward in August.

Economic activity in Washoe County shows more mixed signs of improvement. The Reno-Sparks unemployment rate fell to 13.3 percent in August and August taxable sales were higher than a year earlier. In contrast, August gaming and visitor volume were less than a year earlier.

With the national recovery showing some signs of reinvigoration, the Nevada and Clark County economies—particularly the leisure and hospitality sectors—seem to be showing signs of improvement. The real estate and construction sectors are likely at or near bottom, but the large overhang in residential and commercial space suggests no significant improvement is likely for quite some time. If the U.S. economy continues to show progress, the Nevada economy could be in recovery. Nonetheless, a well-directed fiscal stimulus could provide a significant boost to economic activity—for the United States and Nevada.

Stephen P. A. Brown, PhD
Director, Center for Business and Economic Research
College of Business
University of Nevada, Las Vegas

      

701 N. Green Valley Pkwy., Ste 200, Henderson, NV 89074  702-568-6699

1
2
3
4
5
6
7
8
9   THE LAW OFFICES OF RANDOLPH H. GOLDBERG
    RANDOLPH H. GOLDBERG, ESQ.
10  BAR NO. 5970
    4000 S. Eastern Avenue, Suite 200
11  Las Vegas, NV 89119
    (702) 735-1500
12  Fax: (702) 735-0505
13  Attorney for Debtor
14
                    UNITED STATES BANKRUPTCY COURT
15                    FOR THE DISTRICT OF NEVADA

16  | In re:                        | Case No.: BK-S-10-20628-BAM |
17  | **HELEN FOWLKES**             | Chapter 13                  |
                                    | Trustee: Rick Yarnall       |
18  |                   Debtor(s).  |                             |
19  |                               | Date: 2/17/2011             |
                                    | Time: 3:05 p.m.             |
20
            **ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN**
21
22      THIS MATTER having come before the Court for a hearing on **FEBRUARY 17, 2011**, on
23  Debtor's MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon
24  the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:
25      1.      The Debtor's principal residence located at  **905 GREY HOLLOW AVENUE,**
26
27          **NORTH LAS VEGAS, NEVADA 89031** (the "Subject Property") is valued at
28          **$220,000.00** as of the date of filing Debtor's Chapter 13 Petition.

                                    -1-

2.      The Subject Property is collateral for senior secured claim of **Deutsche Bank National Trust Co. c/o Select Portfolio Servicing, Inc.** ("Senior Leinholder").

                    **[Check only one box, and fill in the blanks]**

☑      Senior Lienholder has filed a Proof of Claim related to such claim, **(6-1)** and such Proof of Claim claims a debt of **$285,419.12**.  Senior Lienholder's Proof of Claim indicates that Senior Lienholder has assigned **Deutsche Bank National Trust Co. c/o Select Portfolio Servicing, Inc.** to this claim.

                    **[or]**

☐      Senior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned             to this claim. The Debtor's schedules list the amount of Senior Lienholder's claims as **$**            .

3.      The Subject Property is also collateral for a junior secured claim of **HSBC MORTGAGE SERVICES, INC.** ("Junior Lienholder").

                    **[Check only one box, and fill in the blanks]**

☑      Junior Lienholder has filed a Proof of Claim **(5-1)** related to such claim, and such Proof of Claim claims a debt of **$43,448.85**.  Junior Lienholder's Proof of Claim indicates that Junior Lienholder has assigned **HSBC MORTGAGE SERVICES, INC.** to this claim.

                    **[or]**

☐      Junior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned             to this claim. The Debtor's schedules list the amount of Junior Lienholder's claims as **$**            .

-2-

4.      Given the above, Junior Lienholder's interest in the Debtor's interest in the Subject Property has no value.

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Zimmer v. PSB Lending Corp. (In re Zimmer), 313 F. 3d 1220 (9ᵗʰ Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case, including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and

IT IS FURTHER ORDERED THAT, should debtor receive a discharge in this case, Junior Lienholder shall as soon as practicable thereafter take all necessary and appropriate steps to remove its lien of record, and to ensure that Debtor's title to the Subject Property is clear of any cloud on title related to Junior Lienholder's claim. This court hereby reserves jurisdiction with respect to any dispute over the actions necessary to comply with this paragraph; and

IT IS FURTHER ORDERED THAT, should this case be converted to one under another chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and

IT IS FURTHER ORDERED THAT, should this case be dismissed , 11 U.S.C. § 349(b)(1)-(3) shall govern the continuing validity of this order; and

IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party in interest, including the Debtor of the Trustee, may hereafter object to either claim on any ground recognized by the Bankruptcy Code.

//

//

//

1  DATED this ___19___ day of **JANUARY, 2011**

2
  THE LAW OFFICES OF
3  RANDOLPH H. GOLDBERG

4
  By /S/ RANDOLPH GOLDBERG ESQ.
5    RANDOLPH H. GOLDBERG, ESQ.
    4000 S. Eastern
6    Suite 200
    Las Vegas, Nevada 89119
7    Attorney for Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

## ALTERNATIVE METHOD re: RULE 9021:

2      In accordance with LR 9021, counsel submitting this document certifies as follows (check

3 one):

4      ____ The court has waived the requirement of approval under LR 9021.

5

6      ____ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties
7 who appeared at the hearing, and each has approved or disapproved the order, or failed to respond,
as indicated below [list each party and whether the party has approved, disapproved, or failed to
8 respond to the document]:

9      APPROVED:

10      DISAPPROVED:

11      FAILED TO RESPOND:

12      ____ I certify that I have served a copy of this order with the motion, and no parties appeared or
filed written objections.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-